UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| JOHN W. KELLER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 3:22-cv-00014-RLY-MPB |
| ) | |
| DAVIESS COUNTY SHERIFF DEPT., ) | |
| ) | |
| Respondent. ) | |

**FINAL JUDGMENT**

The court having this day made its Order directing entry of final judgment, now enters FINAL JUDGMENT. The petition for a writ of habeas corpus is dismissed for lack of subject matter jurisdiction.

Date: 2/23/2023

Roger A.G. Sharpe, Clerk of Court

By: _____
Deputy Clerk

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

JOHN W. KELLER
DAVIESS COUNTY SECURITY CENTER
101 NE 4th St.
Inmate Mail/Parcels
Washington, IN 47501